Pierson E. Sanford, Respondent, v. Brown Brothers Company, Appel-

lant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.